# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

MICHAEL GLOVER,
       Plaintiff

      v.                         CASE NUMBER: 05-C-238

LARRY JENKINS,
       Defendant

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court. The issues have heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is dismissed pursuant to Fed.R.Civ.P. 41(b) and Civil L.R. 41.3 (E.D. Wis.).

    **IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED** without prejudice.

| | |
|---|---|
| June 12, 2006 | SOFRON B. NEDILSKY |
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |